UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCKINLEY LEWIS,<br>    Consensual Lien Debtors,<br>  v.<br>LEWIS,<br>    Lien Claimant. | Case No. 17-mc-80069 NC<br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 1 |

Lien Claimant Yolanda Lewis filed a Consensual Certified Foreign Judgment on May 31, 2017. Dkt. No. 1. This document contains several pages of information regarding a lien claim on Lewis's trust accounts. Lewis failed to explain what the Court is to do with the filed documents.

The Court ORDERS Lewis to:

1. Explain what the documents she filed are;
2. Explain how the Court has federal subject matter jurisdiction;
3. Explain what she wants the Court to do with her documents;
4. Explain why these documents have been filed in federal court; and
5. Provide the Court with a proposed order stating the relief she seeks.

Lewis must address each of the issues identified in this order in a filing of five (5) pages or less by July 5, 2017.

Lastly, the Court notes Lewis is proceeding pro se. The court has free resources to

Case No. 17-mc-80069 NC

help her find her way through the court system and procedures.  The Federal Pro Se Program at the San Jose Courthouse provides free information and limited-scope legal advice to pro se litigants in federal civil cases.  The Federal Pro Se Program is available by appointment and on a drop-in basis.  The Federal Pro Se Program is available at Room 2070 in the San Jose United States Courthouse (Monday to Thursday 1:00 - 4:00 pm, on Friday by appointment only), and The Law Foundation of Silicon Valley, 152 N. 3rd Street, 3rd Floor, San Jose, CA (Monday to Thursday 9:00 am - 12:00 pm, on Friday by appointment only), or by calling (408) 297-1480.  There are also online resources available on the court's webpage. The Pro Se Handbook, found at http://www.cand.uscourts.gov/prosehandbook, has a downloadable version of the court's own publication: *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*.

**IT IS SO ORDERED.**

Dated:  June 20, 2017

_____
NATHANAEL M. COUSINS
United States Magistrate Judge